**DISMISS and Opinion Filed August 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00451-CV**

**PAMELA MCALLISTER, Appellant**
**V.**
**CITY OF DUNCANVILLE, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06105**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellant's July 29, 2022 agreed motion to dismiss the

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220451F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PAMELA MCALLISTER, Appellant

No. 05-22-00451-CV        V.

CITY OF DUNCANVILLE,
Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-06105.
Opinion delivered by Chief Justice
Burns, Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered August 2, 2022.